UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA FAGERSTROM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                  /

Case No. 13-13165

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [14]**

This matter comes before the Court on the Magistrate Judge's report and recommendation [14]. Being fully advised in the premises and having reviewed the record and the pleadings, including the report and recommendation and any objections thereto,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's report and recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED [10], Defendant's motion for summary judgment is GRANTED [13], and the case is hereby DISMISSED.

    SO ORDERED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                U.S. District Judge

Dated: January 6, 2015

---

[1] No party has filed objections to the report and recommendation.

CERTIFICATION

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 6, 2015, by electronic and/or ordinary mail

        s/Carol J. Bethel
        Case Manager